IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

MINUTE SHEET

UNITED STATES OF AMERICA　　　　　　Date:　　April 8, 2015

vs.　　　　　　　　　　　　　　　　　　Case No. 13-3123-01-CR-S-MDH

JOSHUA WILLIAM VAWTER

Honorable David P. Rush, presiding at Springfield, Missouri

Nature of Hearing: Pretrial Conference

Time Commenced:　2:36 p.m.　　　　　Time Terminated: 3:25 p.m.

APPEARANCES

Plaintiff:　Randall Eggert, AUSA　　　Defendant: Dan Viets, Retained

Proceedings: Parties appear as indicated.　Jury trial is currently set on the May trial docket.

Government announces the case is ready for trial; trial should take approximately 3 days. Defense counsel orally moves for a continuance due to a conflicting jury trial set in the Central Division.　Government will contact AUSA in that case to determine the likelihood of it proceeding to trial on the May docket and provide information to the Court.　Defense counsel orally moves for a continuance based on the need for further discovery.　Government opposes the motion.　The Court denies motion.　Case will be set during the May 4, 2015 Joint Criminal Trial Docket and the Court will advise the parties of the specific trial date after all pretrial conferences have been completed.　Defendant on remains on bond .

ERO/Courtroom Deputy:　Kerry Schroeppel